1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSE DEMETRIO MONTIEL,          )   NO. SACV 09-00803 GAF (SS)
                                     )
12            Petitioner,            )   **ORDER ADOPTING FINDINGS,**
                                     )
13       v.                          )   **CONCLUSIONS AND RECOMMENDATIONS OF**
                                     )
14   F. GONZALES, Warden,            )   **UNITED STATES MAGISTRATE JUDGE**
                                     )
15            Respondent.            )
     _____)

16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all the records and files herein, and the Report and Recommendation of

20   the United States Magistrate Judge (the "R&R").  The Court concurs with

21   and adopts the findings and conclusions of the Magistrate Judge.

22   However, as to Petitioner's claim that there was insufficient evidence

23   to establish that he shot at a building "being used for dwelling

24   purposes," the Court replaces the text at page 24, line 21, through page

25   25, line 24 of the R&R, with the following text:

26

27        Ample evidence supported the jury's finding that the apartment was

28   "currently being used for dwelling purposes."  As discussed above in

1  Part VI.A.3, eyewitness testimony and circumstantial evidence implicated

2  Petitioner as the shooter on June 14, 2005.   Detective Luis Garcia

3  answered "[y]es" to the question of whether "[t]he area that is marked

4  here on People's [Exhibit Number One], 14791 Newport Avenue, Apartment

5  A, are those occupied apartments?"   (RT 655-56).   He then answered

6  "[y]es" to the question "[o]n June 14th, [2005] were they inhabited?"

7  (RT 656).  He also explained that the area of the apartment was "[v]ery"

8  "densely populated."  (Id.).   This testimony alone allowed the jury to

9  conclude the apartment was "currently being used for dwelling purposes."

10

11     Moreover, the jury heard additional testimony supporting the

12  conclusion that the apartment was inhabited.  Detective Garcia answered

13  "[c]orrect" to Petitioner's counsel's question whether he "became aware

14  of the bullet holes that were in the dwelling house on the scene."  (RT

15  720 (emphasis added)).  Detective Garcia further explained that witness

16  interviews supported his conclusion that "the bullet holes . . . that

17  were found in that dwelling house" were connected with the June 14, 2005

18  incident.   (Id. (emphasis added)).   Detective Garcia also answered

19  "[y]es" to Romero's trial counsel's question whether he saw "any

20  photographs where the pellets hit the dwelling house."   (RT 721

21  (emphasis added)).   In addition, Officer Patrick Kilgore answered

22  "[y]es" to the question whether he found "any bullet holes or shotgun

23  pellet marks in front of the residence located at 14791 Newport Avenue,

24  Apartment A."   (RT 504 (emphasis added)).   In sum, ample evidence

25  supported the jury's finding that the apartment was "currently being

26  used for dwelling purposes, whether occupied or not."  See Penal Code

27  § 246; In re Daniel R., 20 Cal. App. 4th 239, 244, 24 Cal. Rptr. 2d 414,

28  417 (1993) ("A defendant may violate section 246 by discharging a

2

1  firearm into an inhabited, but temporarily unoccupied dwelling.").

2  Accordingly, Petitioner is not entitled to habeas relief on this

3  unexhausted claim because "it is perfectly clear that [he] has no hope

4  of prevailing."  See Cassett, 406 F.3d at 624.

5

6      **IT IS ORDERED** that the Petition is denied and Judgment shall be

7  entered dismissing this action with prejudice.

8

9      **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and

10  the Judgment herein on counsel for Petitioner and counsel for

11  Respondent.

12

13      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

14

15  Dated:    September 6, 2011

16                                         _____
                                           GARY A. FEESS
17                                         UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28