**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE DEMETRIO MONTIEL,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>F. GONZALES, Warden,<br><br>　　　　　Respondent. | NO. SACV 09-00803 GAF (SS)<br><br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  September 6, 2011

　　　　　　　　　　　　　　　　　　　　　　/s/ Gary Feess
　　　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE