UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DEMETRIO MONTIEL,<br><br>              Petitioner,<br><br>         v.<br><br>F. GONZALES, Warden,<br><br>              Respondent. | NO. SACV 09-00803 GAF (SS)<br><br><br><br>**JUDGMENT** |

     Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  September 6, 2011

                                        /s/ Gary Feess
                                        _____
                                        GARY A. FEESS
                                        UNITED STATES DISTRICT JUDGE